# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GULF UNDERWRITERS INSURANCE COMPANY, | Civil No. 08-1292 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER FOR PARTIAL DISMISSAL WITHOUT PREJUDICE** |
| LOWELL P. BURRIS, JOYCE P. BURRIS, VERSA PRODUCTS, INC., G AND L PRODUCTS, INC., AND MENARD, INC., | |
| Defendants, | |

This matter is before the Court on the stipulation filed by Plaintiff Gulf Underwriters Insurance Company and Defendant Menard, Inc. on December 10, 2009 [Docket No. 27].

**IT IS HEREBY ORDERED** that the claims against Menard, Inc., in this action may be and hereby are dismissed without prejudice and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 11, 2009  
at Minneapolis, Minnesota.

                                                      s/ John R. Tunheim  
                                                      JOHN R. TUNHEIM  
                                                 United States District Judge