# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| GULF UNDERWRITERS INSURANCE COMPANY, | Civil No. 08-1292 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| LOWELL P. BURRIS, JOYCE P. BURRIS, VERSA PRODUCTS, INC., G AND L PRODUCTS, INC. AND MENARD, INC., | |
| Defendants. | |

---

Thomas Gilligan, Jr. and Nicholas O'Connell, **MURNANE BRANDT, PA,** 30 East Seventh Street, Suite 3200, St. Paul, MN 55101**,** for plaintiff.

Dennis Letourneau, **DENNIS R. LETOURNEAU & ASSOCIATES, PA**, 1660 South Highway 100, Suite 500, St. Louis Park, MN 55416, for Defendants Lowell and Joyce Burris.

Robert McCollum, **MCCOLLUM CROWLEY MOSCHET & MILLER, LTD**, 7900 Xerxes Avenue South, Suite 700, Minneapolis, MN 55431, for Defendant Menard, Inc.


This matter came before the Court on December 11, 2009, on Plaintiff's motion for default judgment against Defendants Lowell P. Burris, Joyce P. Burris, Versa Products, Inc., and G and L Products, Inc.

The Court, having reviewed the memoranda submitted by the parties, as well as the affidavits, pleadings, arguments and proceedings herein, hereby makes the following:

**IT IS HEREBY ORDERED:**

1. That Plaintiff's motion for default judgment is hereby **GRANTED** with respect to Defendants Versa Products, Inc. and G and L Products, Inc.

2. That Plaintiff's motion for default judgment is hereby **DENIED** with respect to Defendants Lowell P. Burris and Joyce P. Burris.

3. That the related products liability action, *Burris, et al. v. Versa Products, Inc., et al.*, Case No. 07-3938, is **STAYED** pending resolution of this insurance coverage action.

4. That the parties shall serve and file summary judgment motions by May 1, 2010, which shall be scheduled to be heard pursuant to the Local Rules.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 18, 2009
at Minneapolis, Minnesota

                                                               s/ John R. Tunheim
                                                         JOHN R. TUNHEIM
                                            United States District Judge